UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Cushaw Barnett,
        Plaintiff

        v.                                          Case No. 12-cv-518

Jeffrey S. Levin,
        Defendant

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.  The case shall be assigned to another judge.


**SO ORDERED.**


_____
Steven J. McAuliffe
United States District Judge

February 5, 2013

cc:  Cushaw Barnett, pro se