UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Cushaw Barnett

    v.                        Civil No. 12-cv-00518-JL

Jeffrey Levin

**ORDER OF RECUSAL**

As I was First Assistant United States Attorney at the United States Attorney's Office and had supervisory authority over the prosecution of the underlying case, I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  February 6 2013

cc:  Cushaw Barnett, pro se