UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cushaw Barnett</u>

    v.                                     Case No. 12-cv-518

<u>Jeff Levin</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

    SO ORDERED.

                                      <u>/s/Paul Barbadoro</u>
                                      Paul Barbadoro
                                      United States District Judge

February 6, 2013

cc:   Cushaw B. Barnett. Pro se