UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Cushaw Barnett</u>

    v.                             Civil No. 12-cv-518

<u>Jeff Levin</u>

<u>O R D E R</u>

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                                /s/ Joseph A. DiClerico, Jr.
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date: February 12, 2013

cc:  Cushaw Barnett, pro se