UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Cushaw Barnett

v.  Civil No. 1:12-cv-518

Jeff Levin

**CONCURRING ORDER**

I concur that John J. McConnell, Jr., a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Lincoln D. Almond is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: February 14, 2013

/s/Mary M. Lisi
Chief United States District Judge
District of Rhode Island

cc: Clerk, USDC - District of New Hampshire